PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:95CR00386-012** |
| ) | |
| **KENNETH TROY CHALLBERG** ) | |
| ) | |

On October 30, 1997, the above-named was placed on supervised release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.


Respectfully submitted,


/s/ karen a. meusling

**Karen A. Meusling
Supervising  United States Probation Officer**


Dated:        August 18, 2005
              Sacramento, California

Rev. 03/2005
PROB35.MRG

Re: **Kenneth Troy CHALLBERG**
**Docket Number:   2:95CR00386-012**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

<u>8/19/2005                        </u>          <u>    /s/ David F. Levi                        </u>
**Date**                                                        **David F. Levi**
                                                              **Chief United States District Judge**

KAM:kam

Attachment:   Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:95CR00386-012 |
| ) | |
| KENNETH TROY CHALLBERG ) | |

## LEGAL HISTORY:

On October 30, 1997, the above-named was placed on supervised release for a period of 5 years, which commenced on December 13, 2001. Special conditions included a requirement for warrantless search, participation in a correctional treatment program for drug or alcohol abuse, and no pager or cellular phone without approval of the probation officer.

## SUMMARY OF COMPLIANCE:

Kenneth Challberg has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer supervising Challberg in the Northern District of California that Kenneth Challberg has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     **Kenneth Troy CHALLBERG**
        **Docket Number:   2:95CR00386-012**
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Respectfully submitted,

/s/ karen a. meusling
**Karen A. Meusling**
**Supervising United States Probation Officer**

Dated:      August 18, 2005
            Sacramento, California

KAM:kam
cc:     AUSA Robert M. Twiss (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.) Spoke with AUSA Twiss on August 17, 2005, and he has no objection to the early termination.